**Opinion issued August 8, 2019**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-19-00492-CV

————————————

## IN RE INTERNCONTINENTAL TERMINALS COMPANY LLC, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

The real party in interest, Mary Zavala, has filed an unopposed motion to dismiss the petition for writ of mandamus filed by relator, Intercontinental Terminals Company LLC.[1] No opinion has issued.

---

[1] The underlying case is *In re Mary D. Zavala*, cause number 2019-29503, pending in the 113th District Court of Harris County, Texas, the Honorable Rabeea Sultan Collier presiding.

Accordingly, we grant the motion and dismiss the petition for writ of mandamus. *See* TEX. R. APP. P. 42.1(a).

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Higley and Hightower.